NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Anthony V. OTTILIO and OTTILIO PROPERTIES LLC<br><br>        Plaintiffs,<br><br>    v.<br><br>VALLEY NATIONAL BANCORP, VALLEY NATIONAL BANK, Michael GHABRIAL, John CINA, Andrew B. ABRAMSON, Robert C. SOLDOVERI, Hans KRETCHMAN, Alfred SORRENTINO, Jr. and GENOVA BURNS GIANTOMASI WBESTER, LLC<br><br>        Defendants. | Civ. No. 13-7154<br><br>ORDER |

THOMPSON, U.S.D.J.

It is on this 6th day of March, 2014,

ORDERED that Defendant Genova Burns Giantomasi Webster, LLC's motion to dismiss, (Docket No. 8), is GRANTED; and it is further

ORDERED that Defendants Valley National Bancorp, Valley National Bank, John Cina, Andrew B. Abramson, Robert C. Soldoveri, and Alfred Sorrentino, Jr.'s motion to dismiss, (Docket No. 19), is GRANTED; and it is further

ORDERED that Defendants Valley National Bancorp, Valley National Bank, John Cina, Andrew B. Abramson, Robert C. Soldoveri, and Alfred Sorrentino, Jr.'s motion for sanctions, (Docket No. 20) is DENIED; and it is further

ORDERED that Defendant Genova Burns Giantomasi Webster, LLC's motion for sanctions, (Docket No. 26) is DENIED; and it is further

ORDERED that the case is closed.

/s/ Anne E. Thompson

ANNE E. THOMPSON, U.S.D.J.