UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1843
_____

ANTHONY V. OTTILIO, Individually;
OTTILIO PROPERTIES LLC,

Appellants

v.

VALLEY NATIONAL BANCORP;
VALLEY NATIONAL BANK; MICHAEL GHABRIAL;
JOHN CINA;
ANDREW B. ABRAMSON;
ROBERT C. SOLDOVERI;
HANS KRETCHMAN;
ALFRED SORRENTINO, JR.;
GENOVA BURNS GIANTOMASI WEBSTER

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 13-cv-07154)
District Judge: Honorable Anne E. Thompson
_____

Submitted Under Third Circuit LAR 34.1(a)
January 15, 2015

Before:  HARDIMAN, SCIRICA and BARRY, Circuit Judges
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District
Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR
34.1(a) on January 15, 2015.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the District of New Jersey entered March 7, 2014, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

Costs taxed against Appellants.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: January 22, 2015

2